# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv120

| | |
|---|---|
| SANDRA G. SHEPPARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to review the history of this matter and consider dismissal thereof pursuant to the Court's Order of July 12, 2010. [Doc. 5]

On June 16, 2010, the Plaintiff initiated this action by filing a complaint. [Doc. 1]. Plaintiff then filed a Motion and Application to Proceed *in forma pauperis*. [Doc. 2]. This was denied by the Court's Order of June 18, 2010. [Doc. 3]. An amended Motion and Application to Proceed *in forma pauperis* was filed on July 7, 2010. [Doc. 4]. It was denied by the Court's July 12, 2010 Order which indicated that the filing fee must be paid

within 20 days or cause shown why it could not be; otherwise, the matter would be summarily dismissed. [Doc. 5].

As of August 20, 2010, Plaintiff has not shown cause why she cannot pay the fee, nor paid her filing fee.

**IT IS, THEREFORE, ORDERED** that this matter is dismissed with prejudice.

Signed: August 26, 2010

Martin Reidinger
United States District Judge