## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:10cv120

| | | |
|---|---|---|
| SANDRA G. SHEPPARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### J U D G M E N T

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED** that this matter is hereby

**DISMISSED WITH PREJUDICE.**

Signed: August 26, 2010

Martin Reidinger
United States District Judge